## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**BENSON EVERETT LEGG**             101 West Lombard Street
Chief Judge             Baltimore, Maryland 21201
           410-962-0723

June 29, 2005

MEMORANDUM TO COUNSEL RE:    Catherine Howell et al. v. State Farm Insurance Companies et al., Civil No. L-04-1494

           Moffett et al. v. Computer Sciences Corp. et al., Civ. No. PJM-05-1547

Dear Counsel:

On June 27, 2005, the Court held a telephone conference to discuss the proposed schedule in the Howell case and the Moffett case that is pending before Judge Messitte. This letter is to confirm the substance of the decisions made during that teleconference.

**I.    Answer to the Amended Complaint**

On or before August 5, 2005, each Defendant in the Howell case shall file its Answer to the Amended Complaint.

**II.   Scheduling Order**

Plaintiffs' Motion for Entry of a Scheduling Order [Docket No. 54] in the Howell case is GRANTED IN PART and DENIED IN PART. The Howell case will proceed on the following schedule:

| | |
|---|---|
| Discovery begins | immediately |
| Status Report Due | August 10, 2005 |
| Deadline for Adding Parties & Amending Pleadings | August 30, 2005 |
| Status Report Due | September 21, 2005 |
| Status Report Due | November 2, 2005 |
| Status Report Due | December 14, 2005 |

| | |
|---|---|
| Status Report Due | January 25, 2006 |
| Status Report Due | March 8, 2006 |
| Motion for Class Certification | March 15, 2006 |
| Fact discovery cut-off | March 30, 2006 |
| Opposition to Class Certification | April 15, 2006 |
| Status Report Due | April 19, 2006 |
| Reply in support of Class Certification | May 1, 2006 |
| Identify Experts (both sides) | May 1, 2006 |
| Status Report Due | May 31, 2006 |
| Hearing on Motion for Class Certification | June 1, 2006 |
| Identify Rebuttal Experts | June 1, 2006 |
| Status Report Due | July 12, 2006 |
| Expert Reports | July 28, 2006 |
| Status Report Due | August 23, 2006 |
| Expert Rebuttal Reports | August 30, 2006 |
| Expert Discovery Cut-Off | September 21, 2006 |
| Status Report Due | October 4, 2006 |
| Dispositive Motions Filed | October 7, 2006 |
| Response to Dispositive Motions | November 9, 2006 |
| Replies to Dispositive Motions | November 31, 2006 |

**III.     Status Report in Moffett**

On or before August 9, 2005, Martin H. Freeman, Esq. and Arthur F. Fergenson, Esq. shall submit a status report to Judge Messitte in the Moffett case. Anyone who wishes to participate in preparing the status report shall contact Messrs. Freeman and Fergenson. A copy of the status report should also be filed in the Howell case.

  Despite the informal nature of this memorandum, it should be flagged as an opinion and docketed as an order.

               Very truly yours,


                /s/
               Benson Everett Legg

c:  Honorable Peter J. Messitte
   Martin H. Freeman, Esq.
   Arthur F. Fergenson, Esq.
   Court File