# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**PETER J. MESSITTE**                                                                            **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                    **GREENBELT, MARYLAND   20770**
                                                                                                          **301-344-0632**

April 16, 2010

Martin Freeman, Esquire
Freeman & Freeman PC
100 Park Avenue, Suite 250
Rockville, MD 20850

Jamie Bennett, Esquire
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, MD 21201

Robert King, Jr., Esquire
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60656

Gerald Nielsen, Esquire
Nielsen Law Firm LLC
3838 North Causeway Boulevard, Suite 2850
Metairie, LA 70002

Peter Axelrad, Esquire
Council Baradel Kosmerl & Nolan PA
125 West Street, Fourth Floor
Annapolis, MD 21404

Patricia Lambert, Esquire
Hodes Pessin & Katz PA
901 Dulaney Valley Road, Suite 400
Towson, MD 21204

Stuart Thomsen, Esquire
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004

Craig Blackman, Esquire
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103

                           Re:    *Moffett, et al. v. Computer Sciences Corporation, et al.*
                                      <u>Civil Action No. PJM 05-1547</u>

Dear Counsel:

       On March 17, 2010, the Court received notification from the Court of Appeals for the Fourth Circuit that it would not certify certain questions submitted by this Court relative to the Court's July 6, 2009 Opinion.

       Plaintiffs have filed a Motion to Terminate the Administrative Closing of the Case and to Proceed with the Appointment of a Special Master [Paper No. 446]. The Court shall grant the Motion in part and defer the Motion in part. The Court **GRANTS** the Motion insofar as the Clerk of Court is directed to **REOPEN** the case. The Motion shall be **DEFERRED IN PART** as to the appointment of a special master pending resolution of the matter at the upcoming status conference.

       An in-court status hearing shall be held on June 30, 2010 at 2:00 p.m. In preparation for this status hearing, counsel are encouraged to submit in writing any comments regarding the issues to be resolved at the hearing and any concerns the parties may have in going forward. Comments should be submitted within 20 days of the date of this Order.

       Despite the informal nature of this ruling, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                                      Sincerely yours,

                                                              /s/

                                                       Peter J. Messitte

cc:

Donald E. Sharpe, Esquire
1094 River Bay Road
Annapolis, MD 21409

Court file