IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| THOMAS L. MOFFETT, II, ET AL. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COMPUTER SCIENCES CORPORATION, )<br>ET AL. )<br>)<br>Defendants. )<br>_____) | Civil Action No.<br>8:05-CV-01547 |

**REPORT AND RECOMMENDATION CONCERNING**
**WAIVER CLAIM OF TODD AND JEAN LEWIS**

This constitutes the Report and Recommendation to the Court concerning the waiver claim of Todd and Jean Lewis pursuant to Part 1.f of the Memorandum Order of the Court (Document 467). In preparing this report, the Special Master reviewed the motions, memoranda, affidavits and exhibits provided in connection with the process specified in the Memorandum Order. As necessary, the Special Master also reviewed other documents that are part of the Court filings in this case. An extensive administrative record was submitted that consists of 1,896 pages. FEMA 000001 to 001896.

This case presents a unique situation that can be resolved on the basis of what appears to be an agreed upon position of the parties as to how Plaintiffs' remaining claim should be handled. They agree that the claim for $218,268.11

should proceed against Selective Insurance Company of the Southeast, their Write Your Own insurance carrier, limited to the amount they were paid and the amount listed on their Proof of Loss which FEMA concedes was timely. See FEMA's Reply (Document 647) at 17-18 and Plaintiffs' Oppositions (Document 646) at pages 34 -35.

Plaintiffs and FEMA disagree as to how this should be accomplished and whether the Motion for Partial Summary Judgment should be granted or deferred until after the process they agree on is concluded. The Special Master believes the Defendants' Motion for Partial Summary Judgment should be granted since it appears that the waiver process and whether it should lead to a payment of the claim is no longer at issue.

Plaintiffs can still pursue their claim with Selective as outlined in the parties respective memorandums

**Recommendation of the Special Master**

After a review and a consideration of the matter and the arguments presented by the parties, it is the recommendation of the Special Master that the Defendants' Motion for Partial Summary Judgment affirming FEMA's determination of Plaintiff's waiver application be granted conditioned on the Plaintiffs being allowed to pursue their timely Proof of Loss claim with the Selective Insurance Company of the Southeast; and it is further recommended that

Plaintiff's Motion for Summary Judgment be denied.


  June 26, 2011                              _____/S/
       Date                                        Dennis M. Sweeney
                                                    Special Master

3