## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

| | | |
|---|---|---|
| **THOMAS L. MOFFETT, II, ET AL.** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | Civil Action No. |
| | ) | 8:05-CV-01547 |
| v. | ) | |
| | ) | |
| **COMPUTER SCIENCES CORPORATION, ET AL.** | ) | |
| | ) | |
|     **Defendants.** | ) | |
| _____ | ) | |

### REPORT CONCERNING
### <u>WAIVER CLAIM OF PATRICIA SLIGH</u>

The Special Master has been informed by the parties in an e-mail dated September 9, 2011 that the claim of Patricia Sligh has been settled and the parties will proceed to dismiss this claim from the litigation. As a result, the Special Master will not make a recommendation on this claim.

| | |
|---|---|
|  September 18 , 2011      | _____/S/ |
|     Date | Dennis M. Sweeney |
| | Special Master |