IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| THOMAS L. MOFFETT, II, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. |
| | ) | 8:05-CV-01547 |
| v. | ) | |
| | ) | |
| COMPUTER SCIENCES CORPORATION, | ) | |
| ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# REPORT CONCERNING
# WAIVER CLAIM OF PATRICIA SLIGH

The Special Master has been informed by the parties in an e-mail dated September 9, 2011 that the claim of Patricia Sligh has been settled and the parties will proceed to dismiss this claim from the litigation. As a result, the Special Master will not make a recommendation on this claim.

| | |
|---|---|
| September 18 , 2011 | /S/ |
| Date | Dennis M. Sweeney |
| | Special Master |